UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:19-CR-253-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 60) |
| JOSHUA LAMONT DELOACH | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 60 (2020 Medical Records) be sealed until further notice by this Court.

This **18** day of **April**, 2021.

JAMES C. DEVER III
United States District Judge