IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:19-CR-00253-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| JOSHUA LAMONT DELOACH, ) | |
| Defendant | |

This matter comes before the Court on the Government's Motion to Seal Exhibit 1 – Excerpts of Defendant's Medical [D.E. 68, Ex. 1] attached to Government's Response in Opposition to Defendant's Motion for Sentence Reduction Under the First Step Act and Compassionate Release [D.E. 68]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1 – Excerpts of Defendant's Medical Records [D.E. 68, Ex. 1].

SO ORDERED this 28 day of April, 2021.

JAMES C. DEVER III
United States District Court Judge